UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW ST. JOHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-0528-RLY-TAB |
| | ) | |
| THE INDIANA HEART HOSPITAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON FEBRUARY 11, 2008, SETTLEMENT CONFERENCE

Parties appeared in person and by counsel February 11, 2008, for a settlement conference. Settlement discussions were held, and this case is now settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

Dated: 02/14/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Elizabeth Ann Joseph
GIBBONS JONES, P.C.
ejoseph@gibbonsjones.com

Jordyn Katzman McAfee
ICE MILLER LLP
jordyn.mcafee@icemiller.com

Richard A. Smikle
ICE MILLER LLP
richard.smikle@icemiller.com

Katherine A. Winchester
ICE MILLER LLP
winchest@icemiller.com